**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND
SCHEME LITIGATION

---

SKATTEFORVALTNINGEN,

                    Plaintiff,

          v.

JOHN VAN MERKENSTEIJN, RICHARD
MARKOWITZ, BERNINA PENSION PLAN TRUST,
RJM CAPITAL PENSION PLAN TRUST, 2321
CAPITAL PENSION PLAN, BOWLINE
MANAGEMENT PENSION PLAN, CALIFORNIA
CATALOG COMPANY PENSION PLAN, CLOVE
PENSION PLAN, DAVIN INVESTMENTS PENSION
PLAN, DELVIAN LLC PENSION PLAN, DFL
INVESTMENTS PENSION PLAN, LAEGELER
ASSET MANAGEMENT PENSION PLAN, LION
ADVISORY INC. PENSION PLAN, MILL RIVER
CAPITAL MANAGEMENT PENSION PLAN, NEXT
LEVEL PENSION PLAN, RAJAN INVESTMENTS
LLC PENSION PLAN, SPIRIT ON THE WATER
PENSION PLAN, and TRADEN INVESTMENTS
PENSION PLAN,

                    Defendants.

Consolidated Multidistrict Action

Docket No. 1:18-md-02865-LAK

This document relates to:
1:19-cv-10713-LAK

---

**STIPULATION AND [PROPOSED] ORDER**
**EXTENDING TIME TO ANSWER THE AMENDED COMPLAINT**

        **IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned

counsel for the parties, that the current July 29, 2020 deadline for defendants 2321 Capital

Pension Plan, Bowline Management Pension Plan, Clove Pension Plan, Davin Investments

Pension Plan, Delvian LLC Pension Plan, DFL Investments Pension Plan, Laegeler Asset

Management Pension Plan, Lion Advisory Inc. Pension Plan, Mill River Capital Management

Pension Plan, Next Level Pension Plan, Rajan Investments LLC Pension Plan, Spirit on the

Water Pension Plan, and Traden Investments Pension Plan (together, the "Defendants") to answer

the Amended Complaint in this action is hereby extended thirty (30) days up to and including

August 28, 2020.

No provision of this Stipulation and Order shall be construed as a waiver of, and the

Defendants expressly reserve, any and all defenses.

This is the Defendants' third request for an extension of time to answer or otherwise

respond to the Complaint.  The Court granted the Defendants' previous requests.

Dated: New York, New York
       July 27, 2020


MORVILLO ABRAMOWITZ GRAND          HUGHES HUBBARD & REED LLP
IASON & ANELLO P.C.

By:   /s/ Edward M. Spiro                By: /s/ Marc A. Weinstein
      Edward M. Spiro                        (*e-signed with consent*)
                                             Marc A. Weinstein


565 Fifth Avenue                     One Battery Park Plaza
New York, New York 10017             New York, New York 10004-1482
Telephone: (212) 856-9600            Telephone: (212) 837-6000
Fax: (212) 856-9494                  Fax: (212) 422-4726
espiro@maglaw.com                    marc.weinstein@hugheshubbard.com

*Counsel for Defendants Clove Pension Plan,*    *Counsel for Skatteforvaltningen (Customs and*
*Delivan LLC Pension Plan, Mill River*          *Tax Administration of the Kingdom of*
*Capital Management Pension Plan, and*          *Denmark)*
*Traden Investments Pension Plan*

2

LANKLER, SIFFERT & WOHL LLP

By: /s/ Gabrielle S. Friedman
   (*e-signed with consent*)
   Gabrielle S. Friedman

 500 Fifth Avenue
 New York, New York 10110
 Telephone: (212) 921-8399
 gfriedman@lswlaw.com

*Authorized only to sign this stipulation on behalf of Defendants Davin Investments Pension Plan, DFL Investments Pension Plan, Laegeler Asset Management Pension Plan, Next Level Pension Plan, Rajan Investments LLC Pension Plan, and Spirit on the Water Pension Plan*

AKIN, GUMP, STRAUSS, HAUER & FELD LLP

By: /s/ Robert H. Pees
   (*e-signed with consent*)
   Robert H. Pees

One Bryant Park
Bank of America Tower
New York, New York 10036
Telephone: (212) 872-1072
rpees@akingump.com

*Counsel for Defendants 2321 Capital Pension Plan, Bowline Management Pension Plan, and Lion Advisory Inc. Pension Plan*

SO ORDERED:

    /s/
_____
Lewis A. Kaplan
United States District Judge

Dated: 8/7/2020

3